IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PLAN EXPRESS, INC., | |
| Plaintiff, | |
| v. | No. 2:05-CV-02339-JPM-dkv |
| JOHN B. FURMAN, | |
| Defendant. | |

### ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Unopposed Motion of Defendant, John B. Furman for Extension of Time Within Which to Answer or Otherwise Respond to Plaintiff's Complaint. The Court hereby finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that Defendant John B. Furman shall have through and including July15, 2005, in which to answer, move, plead, or otherwise respond to Plaintiff's Complaint.

U.S. MAGISTRATE JUDGE

Date: July 8, 2005



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02339 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT