IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PLAN EXPRESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2339 Ml/V |
| ) | |
| JOHN B. FURMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 19, 2005 by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter, which is anticipated to last three (3) days, is set to begin Tuesday, May 30, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Monday, May 22, 2006 at 9:00 a.m.

3. The joint pretrial order is due by no later than 4:30 p.m. on May 15, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __6__ day of September, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02339 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT