FILED BY _____ D.C.

05 NOV -1 PM 4:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PLAN EXPRESS, INC., )
 )
    Plaintiff, )
v. ) No. 05-2339-M/V
 )
JOHN B. FURMAN, )
 )
    Defendant. )

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court as evidenced by the signatures of counsel for the parties, that all matters in controversy have been fully and finally resolved,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED THAT all claims of the parties are hereby dismissed with prejudice.

This __1__ day of Nov., 2005.

_____
HONORABLE JON PHIPPS McCALLA

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



APPROVED AS TO FORM
AND SUBSTANCE:

_____
John S. Golwen
Mary K. Hovious
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
(901) 543-5900

Attorneys for Plaintiff,
Plan Express, Inc.

_____ /w/ permission
Lucian T. Pera
Amy M. Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103
(901) 523-8211

Attorneys for Defendant
John B. Furman

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02339 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT