FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 NOV -1  PM 4: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PLAN EXPRESS, INC.                                **JUDGMENT IN A CIVIL CASE**

VS

JOHN B. FURMAN.                                  **CASE NO: 05-2339 Ml/V**

All matters having been fully resolved by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal With Prejudice filed November __1__, 2005, this case is DISMISSED with prejudice.

APPROVED:

_/s/ Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

__Nov. 1, 2005__
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __11-2-05__

/2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02339 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Pepke
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT